AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OR ANY AND ALL ACCOUNTS HELD IN THE NAME OF BRUCE ALLEN SCHIFFER, AND SCREEN NAMES BRUCEROCKSDC@AOL.COM, BRUCEROCKSNN@AOL.COM AND ABOIZWORLD@AOL.COM MAINTAINED AT AMERICA ONLINE, INC. 22000 AOL WAY, DULLES, VIRGINIA 20166 | **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**<br><br>CASE NUMBER: |

(Further described below)

I     Audrey McNeill     being duly sworn depose and say:

I am a(n)    Special Agent with the Federal Bureau of Investigation    and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
**email accounts held by Bruce Allen Schiffer and identified by user accounts brucerocksdc@aol.com, brucerocksnn@aol.com and aboizworld@aol.com, and maintained on computer servers operated by AOL, headquartered at 22000 AOL WAY, DULLES, VIRGINIA, and more fully described in the affidavit and ATTACHMENT A to this application**

(describe the person or property to be searched)
**in the Eastern District of Virginia, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT A to this application**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, instrumentalities and fruits of the crimes of knowingly transporting or receiving in interstate commerce visual depictions of minors engaging in sexually explicit conduct**

in violation of Title  18  United States Code, Section(s)  2252 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

Jeanne Hauch, AUSA
Transnational/Major Crimes
(202) 514-7304

Signature of Affiant
Audrey McNeill,  Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer