AO93(Rev.5/85)Search Warrant

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

IN THE MATTER OF THE SEARCH OR ANY
AND ALL ACCOUNTS HELD IN THE NAME
OF BRUCE ALLEN SCHIFFER, AND SCREEN NAMES,
BRUCEROCKSDC@AOL.COM, BRUCEROCKSNN@AOL.COM
AND ABOIZWORLD@AOL.COM MAINTAINED
AT AMERICA ONLINE, INC.
22000 AOL WAY, DULLES, VIRGINIA 20166

CASE NUMBER: 05 - 0361M - 01

TO:  Audrey McNeill    and any Authorized Officer of the United States

Affidavit(s) having been made before me by FBI Special Agent Audrey McNeill who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**email accounts held by Bruce Allen Schiffer and identified by user accounts brucerocksdc@aol.com, brucerocksnn@aol.com and aboizworld@aol.com, and maintained on computer servers operated by AOL, headquartered at 22000 AOL WAY, DULLES, VIRGINIA, and more fully described in the affidavit and ATTACHMENT A to this application**

in the Eastern District of Virginia, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 2701, through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT A to this application (describe the person or property)

contents of electronic e-mails and other electronic data more fully described in the Application and ATTACHMENT A to this Application (which are both incorporated into this Warrant as if set forth fully herein).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  July 1, 2005
                                                         (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 23 2005                                   at Washington, D.C.

Date and Time Issued pursuant to the search warrant
provisions of 18 U.S.C. § 2703(a)-(d)

JOHN M. FACCIOLA                              /s/ John M. Facciola
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/23/2005 | 06/24/2005 4:30pm | Karen Vukson - Fraud Investigator |

INVENTORY MADE IN THE PRESENCE OF    SA Audrey McNeill

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) one CD from America Online containing the contents of Bruce Schiffer accounts held in the names of "brucerocksde@aol.com" and "abotzworld@aol.com".

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Audrey McNeill_

**FILED**
JUL 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____    7/11/05
U.S. Judge or U.S. Magistrate Judge    Date